

# Fourth Court of Appeals
## San Antonio, Texas

June 17, 2016

No. 04-16-00297-CV

**WESTRIDGE ESTATES HOMEOWNERS ASSOCIATION**,
Appellant

v.

Omar **CANALES** and Marlo C. Canales,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-13-976
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

The court reporter's request for an extension of time to file the reporter's record is GRANTED. The reporter's record is due on July 15, 2016.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court